# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.

FERDINAND RAMIREZ, JR.

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

CASE NO. 3:01-cr-150-J-20HTS

---

Upon oral joint motion of the parties to continue the detention hearing, the Motion is **GRANTED** and it is **ORDERED** that a detention hearing is set for **August 25, 2006, at 10:00 A.M.** before **Howard T. Snyder, United States Magistrate Judge** in **Courtroom No. 5A, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida.** Pending this hearing the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: August 22, 2006

HOWARD T. SNYDER
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Corsmeier)
Federal Public Defender
U.S. Marshal
U.S. Probation
~~U.S. Pretrial Services~~ hb