**FILED**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 SEP 14   P 3: 58

UNITED STATES OF AMERICA

v.

Case No. 3:01-cr-150-J-20HTS

FERDINAND RAMIREZ, JR.

_____/

## SUPERVISED RELEASE REVOCATION
### and
## JUDGMENT AND COMMITMENT

On September 14, 2006, Arnold Corsmeier, Assistant United States Attorney, and the Defendant, FERDINAND RAMIREZ, JR., appeared in person and with his counsel, James H. Burke, Jr., for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 166, filed July 13, 2006).

The Defendant, having heretofore been convicted on November 28, 2001, in Case No. 3:01-cr-150-J-20HTS, of offense charged, to wit: Conspiracy to distribute cocaine, in violation of 21 U.S.C. § 846, as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 24 months; and was placed on supervised release for a term of four (4) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 166, filed July 13, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **seven (7) months.**

3. The Defendant is remanded to the custody of the U.S. Marshal to await designation of institution.

**DONE AND ORDERED** at Jacksonville, Florida, this 14 day of September, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Arnold Corsmeier, Esq.
James H. Burke, Jr., Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office